THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY NEUBERT and Others, Defendants, Impleaded with ALFONSO MIRESI, Otherwise Known as AL MEYERS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ERNEST E. FRANKLE, Respondent, v. ALEXANDER MACMURRAY, as Receiver of the COMMODORE APARTMENTS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MALVENA GLUCK, Respondent, v. HERMAN LONDON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABE BAUM, Appellant. — Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RUSCIANO CONTRACTING CORPORATION, Respondent, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with PSATY & FUHRMAN, INC., and Another, Appellants, and WILLIAM J. GARVIN, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HOWARD F. BIDWELL, Appellant, v. THE CAMDEN FIRE INSURANCE ASSOCIATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

UNIVERSAL CARLOADING AND DISTRIBUTING COMPANY, Respondent, v. THE CAMDEN FIRE INSURANCE ASSOCIATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERT WHITSON, Respondent, v. BENJAMIN BACHRACK and Another, Appellants. — Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in so far as to dismiss the first cause of action, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. (See *Finsilver* v. *Still*, 240 App. Div. 87.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EGAY HOLDING CORPORATION, Appellant, v. ELFRED REALTY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNA HOEFLER, Respondent, v. ARTHUR J. SIMON, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.,